IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLY AND CAROLYN BUSCH | § | |
| WILLIAM AND FRANCES BUSKER, | § | |
| MARILYN L. CRUTCHFIELD, | § | |
| LIDIA E. DELGADO AND MARIA LARA, | § | |
| JAVIER G. FLORES, | § | |
| SAMUEL AND BERTA V. GOMEZ | § | |
| ALFONSO GUILLEN, | § | |
| DARRELL AND SHERRY HOWARD, | § | |
| TERESA KIRBY, | § | |
| THOMAS AND JANICE LATHAM, | § | |
| LOUIS AND MARY E. LOYA, | § | |
| JOSE AND NORMA MALDONADO, | § | |
| ALEJANDRO G. MORENO, | § | |
| JERRY AND MARILYN NEECE, | § | |
| WILLIAM AND MAUDE PATIN, | § | |
| MARTIN POSTEL, | § | |
| LAWRENCE RIGGS, MARIA E. ROSAS, | § | |
| JAMES AND KAREN SHELTON, | § | |
| J.R. AND KATHRYN JO ADAMS STARKEY, | § | |
| LUIS A. TAMEZ, AND | § | |
| FRANCES AND JO BETH WILLIAMS | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| SOUTHWEST WIRE ROPE, INC., | § | |
| SOUTHWEST WIRE ROPE, LP, | § | |
| SOUTHWEST WIRE ROPE, GP, LLC, | § | |
| TELEFLEX INCORPORATED AND | § | |
| LARRY C. AND LOLA PARKER | § | |
| Defendants. | § | |
| | § | |

SOUTHWEST WIRE ROPE, INC., SOUTHWEST WIRE ROPE, LP,
SOUTHWEST WIRE ROPE, GP, LLC AND TELEFLEX INCORPORATED'S
NOTICE OF REMOVAL

Southwest Wire Rope, Inc., Southwest Wire Rope, LP, Southwest Wire Rope GP, LLC

and Teleflex Incorporated (collectively the "SWWR Defendants") file this Notice of Removal

500936395.1

under 28 U.S.C. §§ 1441 and 1446, and give notice that they are removing Cause No. 2005-60546 from the 151st Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division.  Pursuant to said removal and in accordance with 28 U.S.C. § 1446(d), the 151st Judicial District Court of Harris County, Texas, shall proceed no further with this action.

1. Southwest Wire Rope GP LLC is a foreign corporation organized and existing under the laws of the State of Delaware.

2. Southwest Wire Rope, Inc. is a Texas corporation authorized to conduct business in the State of Texas.

3. Southwest Wire Rope, LP is a Texas partnership authorized to conduct business in the State of Texas.

4. Teleflex Incorporated is a foreign corporation organized and existing under the laws of the State of Delaware.

5. Larry C. and Lola Parker are individuals and residents of the State of Texas.

6. Plaintiffs are residents of Galena Park, Harris County, Texas.

7. On September 19, 2005, Plaintiffs filed Plaintiffs' Original Petition in Cause No. 2005-60546 against defendants in the 151st Judicial District Court of Harris County, Texas.

8. Citation was served by hand delivery on Larry C. and Lola Parker on October 3, 2005.

9. Citation was served by certified mail on Southwest Wire Rope GP LLC's registered agent Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company on October 5, 2005.

500936395.1

10.    Citation was served by certified mail on Southwest Wire Rope L.P. on October 5, 2005.

11.    Citation was served by hand delivery on Southwest Wire Rope Inc.'s registered agent Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company on October 6, 2005.

12.    Citation was served by hand delivery on Teleflex Incorporated by serving the Texas Secretary of State on October 10, 2005.

13.    This Notice of Removal is filed within thirty (30) days after the receipt by defendants Larry C. and Lola Parker, through service or otherwise, of citation and the initial pleading setting forth the claim for relief upon which such action is based.  Consequently, the removal of this action is timely under 28 U.S.C. § 1446(b).

14.    This is a civil action over which this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 because this suit contains causes of action arising under the laws of the United States.  Plaintiffs allege a specific claim under the Federal Water Pollution Control Act and subsequent amendments to same.  Specifically, Plaintiffs allege a civil cause of action under 33 U.S.C. § 1251, *et seq.* and amendments (citizen suits provided for in 33 U.S.C. § 1365), which provides original jurisdiction for district courts without regard to the amount in controversy or the citizenship of the parties.  Accordingly, this cause may be removed under the provisions of 28 U.S.C. §§ 1331 and 1441.

15.    The supplemental jurisdiction statute of 28 U.S.C. § 1441(c) supports removal of all non-federal claims in this cause.

16.    Consent for removal by Defendants Larry C. and Lola Parker ("Parker Defendants") is not required in this case because removal is premised on removable claims

- 3 -

500936395.1

asserted against SWWR Defendants that are separate and independent from the claims brought against the Parker Defendants. *See W.O. Henry v. Independent American Savings Assoc., et al.*, 857 F.2d 995 (5th Cir. 1988). This exception to the general rule requiring consent from all defendants is proper here because, if consent were required, Plaintiffs would be able to prevent removal of a federal claim by joining unrelated claims against different defendants. *See id*. at 999. As stated in *W.O. Henry*, this would reduce the effectiveness of 28 U.S.C. § 1441(c) in making separate and independent claims a basis for removal. Here, Plaintiffs allege negligent misrepresentation, fraud/intentional misrepresentiation and statutory fraud against the Parker Defendants. Each cause of action against the Parker Defendants relates to the sale of their house to one of the thirty-five Plaintiffs. None of the other thirty-four Plaintiffs assert any claims against the Parker Defendants. All claims against SWWR Defendants relate to alleged contamination of water and soil under each of the Plaintiffs' residences. The claims against SWWR Defendants and Parker Defendants are unrelated. Further, as stated above, claims against SWWR Defendants involving Federal law should be heard by a federal court. *See* paragraph 14 above.

17.    SWWR Defendants submit the following in support of this Notice of Removal:

a.    All executed process forms in Cause No. 2005-60546 are attached as Exhibit A;

b.    All pleadings in Cause No. 2005-60546 are attached as Exhibit B;

c.    The docket sheet in Cause No. 2005-60546 is attached as Exhibit C;

d.    An index of matters being filed is attached as Exhibit D; and

e.    A list of all known counsel of record, including addresses, telephone numbers, and parties represented, is attached as Exhibit E.

18.    No orders have been entered by the state judge in this cause.

19.     SWWR Defendants reserve the right to submit evidence supporting this Notice of Removal should Plaintiffs move to remand.

20.     By virtue of this Notice of Removal, SWWR Defendants do not waive their right to assert any claims or other motions, including Rule 12 motions permitted by the Federal Rules of Civil Procedure.

21.     Plaintiffs have not made a jury demand, but the preamble to their Original Petition references the "Court and Jury" (see Plaintiffs' Original Petition, p. 2).

WHEREFORE, SWWR Defendants give notice of this action to the United States District Court for the Southern District of Texas, Houston Division, and pray that the Court will accept and retain jurisdiction over this matter.

Dated:  November 1, 2005                          Respectfully submitted,


                                                        _____/s/ Dean D. Hunt_____
                                                        Dean D. Hunt
                                                        Attorney-in-charge
                                                        State Bar No. 10283220
                                                        1000 Louisiana, Suite 2000
                                                        Houston, TX 77002-5009
                                                        Telephone:  (713) 646-1346
                                                        Facsimile:  (713) 751-1717
                                                        Email:  dhunt@bakerlaw.com

                                                        Attorneys for Southwest Wire Rope, Inc.,
                                                        Southwest Wire Rope, LP, Southwest Wire
                                                        Rope, GP, LLC, and Teleflex Incorporated

- 5 -

500936395.1

- 6 -

<u>CERTIFICATE OF SERVICE</u>

I certify that true and correct copies of the foregoing has been forwarded to all parties or their counsel of record in this matter in accordance with the Federal Rules of Civil Procedure on this the 1st day of November,2005, as follows:

*Via certified mail, return receipt requested*
Mr. Leland M. Irwin
ELLIS & IRWIN, LLP
302 Jackson Street
Richmond, Texas  77469

*Via certified mail, return receipt requested*
Mr. Thomas F. O'Connell, III
HAVINS & ASSOCIATES PC
1001 McKinney Street, Suite 500
Houston, Texas  77002-6418

_____/s/ Dean D. Hunt_____
Dean D. Hunt

500936395.1